IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE R. MEDINA-RIVERA,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CESAR CASTILLO, INC.,<br><br>　　　Defendants, | CIVIL NO.: 14-1451 (MEL) |

**JUDGMENT**

In light of the court's order (ECF No. 20) granting parties' request for dismissal, the court hereby enters judgment DISMISSING WITH PREJUDICE the complaint.

In San Juan, Puerto Rico, this 27th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　s/Marcos E. López
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge